**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>vs.       )       No.   1:05-cv-693-LJM-VSS<br>     )              IP 93-148-CR-15-M/F<br>EDDIE D. GREGORY,   )<br>     )<br>     Defendant.     ) | |

# E N T R Y

## I.

The defendant's request to proceed *in forma pauperis* is **denied as moot,** for there is no filing fee associated with the action he brings.

## II.

The defendant has filed another motion for relief pursuant to 28 U.S.C. § 2255. This is so even though the defendant has titled his filing "petition for writ of error coram nobis under U.S.C. § 1651." *United States v. Lloyd*, 398 F.3d 978, 980 (7th Cir. 2005)  ("Call it a motion for a new trial, arrest of judgment, mandamus, prohibition, coram nobis, coram vobis, audita querela, certiorari, capias, habeas corpus, ejectment, quare impedit, bill of review, writ of error, or an application for a Get-Out-of-Jail Card; the name makes no difference.  It is substance that controls.").

The defendant's motion for relief pursuant to 28 U.S.C. § 2255 filed on May 10, 2005, is successive in relation to his two earlier § 2255 motions. His first was docketed as No. IP 97-630-C-M/F, and was denied on the merits in a final judgment entered on the clerk's docket on September 9, 1997. The second was docketed as 1:04-cv-1846-LJM-WTL, and was dismissed for lack of jurisdiction on November 17, 2004.

The defendant has not demonstrated that he has followed the procedures set forth in 28 U.S.C. § 2244(b), nor that he has obtained the permission necessary to bring the present action. See *Valona v. United States,* 138 F.3d 693 (7th Cir. 1998). He is not permitted to circumvent that requirement. *Harris v. Cotton,* 296 F.3d 578 (7th Cir. 2002).

The defendant's motion for relief filed on May 10, 2005, is thus **dismissed for want of jurisdiction.** Judgment consistent with this Entry shall now issue. The defendant may seek further relief, if warranted, from the Court of Appeals in accord with the provisions of 28 U.S.C. § 2244(b).

**IT IS SO ORDERED.**

Date: 05/16/2005

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana